UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jacqueline Brown,

    Plaintiff

v.

Joan Krane, et al.,

    Defendants

Case No.: 2:21-cv-00015-JAD-VCF

**Order Adopting Report & Recommendation and Remanding Case**

[ECF No. 3]

    This case finds its way to federal court because the Plaintiff Jacqueline Brown removed it here from the Las Vegas Justice Court.[1] Because federal court is one of limited jurisdiction, and the law does not permit a plaintiff to remove her own state-court case to federal court, the magistrate judge recommends that I remand this case back to its original court.[2] The deadline for the plaintiff to object to that recommendation passed with no objection or request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in full;

    IT IS FURTHER ORDERED THAT **this case is REMANDED** back to the Las Vegas

---

[1] *See* ECF No. 1-1.

[2] ECF No. 3.

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Justice Court, Case No. 20E010963.  The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 8, 2021